

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-13-00867-CV

Style:          Global Paragon, Inc.

          **v** GP-Pine Terrace, LLC, Lior De Picciotto, and Joseph Aries Levy

Date motion filed[*]:          October 29, 2013

Type of motion:          Motion to withdraw as attorney in charge of Global Paragon, Inc.

Party filing motion:          Frederick T. Johnson, Danielle N. Andrasek, and Dobrowski, Larkin & Johnson, L.L.P.

Document to be filed:

Is appeal accelerated?          No

Ordered that motions are:

☑          Granted

          If document is to be filed, document due:

☐          Denied

☐          Dismissed (*e.g.*, want of jurisdiction, moot)

☐          Other: _____

**The motion to withdraw, filed by Frederick T. Johnson, Danielle N. Andrasek, and Dobroski, Larkin & Johnson, L.L.P., is granted.** *See* **TEX. R. APP. P. 6.5. Counsel Frederick T. Johnson is hereby ordered to immediately notify the appellant in writing of all deadlines and settings of which counsel is aware and to file a copy of the notice with the Clerk of this Court.** *See id.* **6.5(c). Appellant's brief remains due by November 12, 2013 and the appellate filing fee remains due by November 4, 2013.**

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                    ☒ Acting individually          ☐ Acting for the Court

Panel consists of          _____

Date:  November 5, 2013